3315 (4/18/95) CCCG 0015

Memorandum of Judgment

IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS

Barclays Bank Delaware

Vs.

ALBERT M PALACZ

Doc#: 1232828027 Fee: $40.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/21/2012 08:35 AM Pg: 1 of 1

Recorder's Stamp

Docket No: 11 M1 148226

## MEMORANDUM OF JUDGMENT

On February 15, 2012, Judgment was entered in this Court in favor of the Plaintiff, Barclays Bank Delaware and against Defendants, ALBERT M PALACZ, whose address is 611 CAMBRIDGE DR SCHAUMBURG IL 60193-2674, in the amount of $3,727.30 plus costs.

XXX-XX-3780

Judge Patrick W. O'Brien

NOV 0 2 2012

Circuit Court – 1935

_____  1645
Judge          Judge's No.

MAIL TO PREPARER LISTED BELOW:

ADLER & ASSOCIATES (00512)
Attorneys for Plaintiffs
25 E. Washington #1221
Chicago, IL 60602
(312) 726-1814

COOK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL.

H20087
ST40218019264553