UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-09856
Al Palacz )
)  Chapter: 13
)  Honorable Timothy Barnes
)
Debtor(s) )

## ORDER AVOIDING JUDICIAL LIEN OF BARCLAY BANK DELAWARE

This matter having been presented on the Debtor's Motion to Avoid Judicial Lien of BARCLAY BANK DELAWARE, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) Debtor's motion is granted as set forth herein;

2) The judicial lien of BARCLAY BANK DELAWARE, entered on February 15, 2012 and recorded November 21, 2012, as Document Number 1232626027 with the Cook County Recorder of Deeds in the amount of $3,727.30, plus costs against the Debtor's and the real property located at 617 Cambridge Drive Schaumburg, IL 60193, is hereby avoided.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 30, 2019

**Prepared by:**

David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600