UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-09856
Al Palacz )
)
) Chapter: 13
)
) Honorable Timothy A. Barnes
)
Debtor(s) )

## ORDER APPROVING SETTLEMENT

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Settlement;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's settlement of his personal injury claim in the amount of $50,000 is approved.

2. Upon receipt of the settlement proceeds, Irmen Law Group, LLC, shall distribute $10,554.54 to Blue Cross Blue Shield of Illinois for the medical lien.

3. The attorney fees and litigation expenses incurred by the Debtor's personal injury attorney, Jennifer Irmen, of Irmen Law Group, LLC, in the amount of $17,114.02 are approved.

4. Irmen Law Group, LLC, will distribute the remainder of the net settlement directly to the Debtor and upon receipt of the settlement proceeds the Debtor will submit the net non-exempt proceeds of his personal injury suit to the Chapter 13 Trustee within fourteen days of receipt.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: **16 JAN 2020**

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko