UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-09856
Al Palacz )
 )  Chapter: 13
 )  Honorable Timothy Barnes
 )
 )
Debtor(s) )

## ORDER AUTHORIZING THE DEBTOR TO USE, SELL OR LEASE PROPERTY 363(b)

THIS MATTER coming to be heard on the motion of the Debtor to Use Sell or Lease Property 363(b). Due notice having been given, the Court having jurisdiction and being advised in the premises, It Is Hereby Ordered:

1. That Debtor's Motion to USE SELL OR LEASE PROPERTY 363(b) located at 4117 N. Meade Ave. Chicago, IL 60634 is granted as set forth herein.

2. The Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

3. The Chapter 13 Trustee shall receive the Debtor's non-exempt net proceeds from the sale of the real estate and the Trustee shall not disburse the funds until further order of the Court.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 10, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600