UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Al Palacz<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-09856<br><br>Chapter:  13<br>Honorable Timothy A. Barnes |

### Order Modifying Plan

This matter coming before the Court on Trustee's Motion, proper notice having been given and the court having heard the facts and arguments,

IT IS HEREBY ORDERED:

1. The plan is modified to increase the total dollars to be paid in to the plan to $116,251.98; and

2. The Trustee shall no longer hold funds in this case and can distribute any funds on hand pursuant to the debtor's plan as amended.

Enter:

United States Bankruptcy Judge

Dated: 12.16.2022

**Prepared by:**
Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300

Rev: 20151029_bko